# PROOF OF SERVICE

| **Case:**<br>2:26-cv-02019-RFB-MDC | **Court:**<br>UNITED STATES DISTRICT COURT DISTRICT OF NEVADA | | **Job:**<br>16542498 (123189-4) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>V&H PIZZA, INC., a Nevada corporation, | | **Defendant / Respondent:**<br>VKV (d/b/a NAPOLI'S PIZZERIA), A Nevada limited liability company; ALISA ALAVERDYAN, and individual; HENYS PENA, an individual; VICTORIA ALAVERDYAN, an individual; HAKOB ALAVERDYAN, and individual; and DOES 1-10. | |
| **Received by:**<br>ACE Executive Services, LLC (NV #2021C) | | **For:**<br>Howard & Howard Attorneys PLLC | |
| **To be served upon:**<br>Henys Pena | | | |

I, Delbert Salgado, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Blanca Rojas, 3325 NORTH NELLIS BOULEVARD , LAS VEGAS, NV 89115 #161, LAS VEGAS, NV 89115

**Manner of Service:** Substitute Service - Abode, Aug 6, 2026, 11:51 am PDT

**Documents:** FIRST AMENDED COMPLAINT JURY TRIAL DEMANDED (Received Aug 5, 2026 at 1:48pm PDT), PLAINTIFF'S MOTION FOR PRELIMINARY INJUCTION AND/OR TEMPORARY PROTECTIVE ORDER HEARING REQUESTED (Received Aug 5, 2026 at 1:48pm PDT), EXHIBIT A (Received Aug 5, 2026 at 1:48pm PDT), EXHIBIT B (Received Aug 5, 2026 at 1:48pm PDT)

**Additional Comments:**
1) Successful Attempt: Aug 6, 2026, 11:51 am PDT at 3325 NORTH NELLIS BOULEVARD , LAS VEGAS, NV 89115 #161, LAS VEGAS, NV 89115 received by Blanca Rojas. Age: 70s; Ethnicity: Hispanic ; Gender: Female; Weight: 2303; Height: 5'7"; Hair: Brown; Eyes: Brown; Relationship: Mother in Law / co Occupant, PER 4.2. (a) (2) by leaving a copy of the summons and complaint at the individual's dwelling or usual place of abode with a person of suitable age and discretion who currently resides therein and is not an adverse party to the individual being served.

08/06/2026

Delbert Salgado
R-15304

**Date**

ACE Executive Services, LLC (NV #2021C)
8275 S EASTERN AVE STE 200
LAS VEGAS, NV 89123